Jason Marcus (SBN 949698)
jason@fcacounsel.com
Bracker & Marcus LLC
3355 Lenox Road, Suite 660
Atlanta, GA 30326
Phone: (770) 988-5035

Fred Norton (CA SBN 224725)
(*admitted pro hac vice*)
fnorton@nortonlaw.com
Leah Judge (CA SBN 302406)
(*admitted pro hac vice*)
ljudge@nortonlaw.com
THE NORTON LAW FIRM PC
300 Frank H. Ogawa Plaza, Suite 450
Oakland, CA 94612
Phone: (510) 906-4900
Fax:    (510) 906-4910

Attorneys for Plaintiff
MARC COHODES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| MARC COHODES, an individual, | Case No. 1:24-cv-04126-SEG |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF LEAH JUDGE AS COUNSEL FOR PLAINTIFF MARC COHODES** |
| v. | |
| PARKER PETIT, an individual; and SPRINGDALE PUBLISHERS, LLC, a limited liability company, | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD

NOTICE IS HEREBY GIVEN that attorney Leah Judge hereby withdraws as attorney of record in this action for Plaintiff Marc Cohodes. Attorney Fred Norton of The Norton Law Firm PC will continue to represent Plaintiff in this matter. Please direct and serve all further notice copies of the pleadings, papers, and other material relevant to this case to:

> Fred Norton
> fnorton@nortonlaw.com
> The Norton Law Firm PC
> 300 Frank H. Ogawa Plaza, Suite 450
> Oakland, CA 94612

Dated: November 10, 2025                    THE NORTON LAW FIRM PC

By:  /s/ Leah Judge
Leah Judge
Attorneys for PLAINTIFF
Marc Cohodes

1

NOTICE OF WITHDRAWAL OF LEAH JUDGE AS COUNSEL FOR PLAINTIFF MARC COHODES
CASE NO. 1:24-CV-04126-SEG